SEWARD, FREEMAN & CO. v. F. T. L'ESTRANGE.

A partnership indebtedness by open account is not extinguished by a note executed for the same debt, by one of the partners, after the dissolution of the partnership; and therefore a recovery may be had upon the account, notwithstanding the execution of such a note.

APPEAL from Grimes. Tried below before the Hon. J. R. Burnett.

The character of the case is indicated in the opinion of the court.

*J. C. Hutcheson*, for the appellants.

*Boone & Goodrich*, for the appellee.

WALKER, J. Admitting the force of the authority of White *v.* Tudor, 24 Texas, 639, nevertheless the note was given by Freeman to settle an account of the old firm of Seward, Freeman & Co. Freeman having no power to change the character of the indebtedness after the dissolution of the firm, the attempt to give a note in settlement of the account did not extinguish the latter.

The ownership of the debt passed to the appellee as the assignee in bankruptcy of Swiher, and he was entitled to recover upon the account.

The judgment of the District Court is affirmed.

                                Affirmed.